

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

June 07, 2022

Docket Number: 2022 - CW - 0228

Clint Gregory Gayle
   versus
Candice Holley

TO:   Ebony Cavalier
5255 Florida Boulevard
Baton Rouge, LA 70806

Natalie C. Neale
10744 Linkwood Court
Baton Rouge, LA 70810

Vincent Anthony Saffiotti
DOWNS & SAFFIOTTI, LLP
10744 Linkwood Court
Baton Rouge, LA 70810
vincents@dsbllp.com

Hon. Erika L. Green
300 North Boulevard
Fourth Floor
Baton Rouge, LA 70801

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

*a.Sn0*

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLINT GREGORY GAYLE

VERSUS

CANDICE HOLLEY

NO.   2022 CW 0228

**JUNE 7, 2022**

---

In Re:   Clint Gregory Gayle, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 208,981.

---

**BEFORE:   McDONALD, THERIOT, CHUTZ, LANIER, AND HESTER, JJ.**

**WRIT GRANTED.**   The judgment signed on March 4, 2022 that denied Clint Gregory Gayle's motion to recuse Judge Erika Green is reversed.   Based on the testimony and evidence of Judge Green's prior association with counsel, Ebony Cavalier, Mr. Gayle demonstrated that there exists a substantial and objective basis that would reasonably be expected to prevent Judge Green from conducting any aspect of the cause in a fair and impartial manner.   La. Code Civ. P. art. 151(B).   Accordingly, the motion to recuse Judge Erika Green is granted.

**JMM**
**WIL**
**CHH**

**Theriot and Chutz, JJ.,** dissent and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
DEPUTY CLERK OF COURT
FOR THE COURT